# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Debra Anne Leech  
   Debtor(s)

CHAPTER 13

BKY. NO. 12-10390 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: BAC)

             Respectfully submitted,

             **/s/Thomas Puleo, Esquire**  
             Thomas Puleo, Esquire  
             Brian C. Nicholas, Esquire  
             KML Law Group, P.C.  
             701 Market Street, Suite 5000  
             Philadelphia, PA 19106-1532  
             (215) 825-6306  FAX (215) 825-6406