United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-10390-mdc
Debra Anne Leech                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 3                 Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.
```
db         +Debra Anne Leech,    32 Branford Way,    Coatesville, PA 19320-4046
cr         +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
12649406   +American Express,    American Express Special Research,    PO Box 981540,
             El Paso, TX 79998-1540
12773940    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12760253    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12649408   +Bank of America,    7105 Corporate Drive,    Plano, TX 75024-4100
12649410   +Bank of America, N.A.,    7105 Corporate Drive,    PTX C-35,    Plano, TX 75024-4100
12725383    Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12811537   +CAPITAL ONE BANK (USA), N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
             Norfolk VA 23541-0907
12649413   +Capital One Bank (USA), N.A.,    C/O Nudelman, Klemm & Golub,    425 Eagle Rock Avenue, Suite 403,
             Roseland, NJ 07068-1717
12649415    Citibank,    P.O. Box 8111,    S. Hackensack, NJ 07606-8111
12649417   +Direct Merchants Bank,    P.O. Box 17313,    Baltimore, MD 21297-1313
12649418    Eileen Kohn,    Lehigh Twp. Tax Collector,    P.O. Box 942,    Gouldsboro, PA  18424-0942
12649419    Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ  08054-7388
12649422   +Hsbc Bank,    HSBC Card Services / Attn: Bankruptcy De,    PO Box 5213,
             Carol Stream, IL 60197-5213
12649425   +Jeffrey P. Kelly, Esquire,    Portnoff Law Associates, LTD,    P.O. Box 391,
             Norristown, PA 19404-0391
12649426   +Keystone Federal Credit Union,    370 West Uwchlan Avenue,    Downingtown, PA 19335-3120
12649427   +Law Office of Robert H. Holber, P.C.,    41 East Front Street,    Media, PA 19063-2911
12649428   +Lisa Lee, Esq.,    KML Law Group, P.C.,    Suite 5000 - Mellon Independence Center,
             701 Market Street,    Philadelphia, PA 19106-1538
12649429    Main Line Health Care,    P.O. Box 8500-4600,    Philadelphia, PA  19178-4600
12649431   +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12649432   +Newport News/WFNB,    Attention: Bankruptcy,    PO Box 182686,    Columbus, OH 43218-2686
12649433   +North Pocono School District,    C/O Eileen Kohn,    Lehigh Twp. Tax Collector,    P.O. Box 942,
             Gouldsboro, PA 18424-0942
12649434    North Pocono School District,    C/O Portnoff Law Associates, Ltd.,    P.O. Box 3020,
             Norristown, PA  19404-3020
12649435   +Paoli Hospital,    255 West Lancaster Avenue,    Paoli, PA 19301-1793
12649436   +Pocono Springs Civic Association,    331 South Turnpike Road,    Newfoundland, PA 18445-5051
12649439    Sears Credit Cards,    P.O. Box 183081,    Columbus, OH  43218-3081
12649440   +Sunoco,    C/O Citibank (South Dakota), N.A.,    P.O. Box 689153,    Des Moines, IA 50368-9153
12761600    The Bank of New York Mellon, et al,    c/o Prober & Raphael,    Attornys For Secured Creditor,
             P.O. Box 4365,    Woodland Hills, CA 91365-4365
12649442    Wayne County Tax Claim Bureau,    Wayne County Courthouse,    925 Court Street,
             Honesdale, PA  18431-1994
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Feb 18 2017 02:37:14    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 18 2017 02:36:01
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 18 2017 02:36:39    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/Text: bankruptcy.bnc@ditech.com Feb 18 2017 02:35:19    Ditech Financial LLC,
             PO BOX 0049,    Palantine, IL 60055-0001
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:01
             Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,    Houston, TX  77210-4457
cr         +E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:00    Portfolio Investments I LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
cr          E-mail/Text: bkdepartment@rtresolutions.com Feb 18 2017 02:36:25
             Real Time Resolutions, Inc.,    1349 Empire Central, 13th Floor,    PO Box 36655,
             Dallas, TX  75247
12687626   +E-mail/Text: ally@ebn.phinsolutions.com Feb 18 2017 02:34:59
             Ally Financial Inc. f/k/a GMAC Inc.,    P O Box 130424,    Roseville, MN 55113-0004
12649407    E-mail/Text: legal@arsnational.com Feb 18 2017 02:35:20    Associated Recovery Systems,
             P.O. Box 469046,    Escondido, CA  92046-9046
12649411   +E-mail/Text: bankruptcy@cavps.com Feb 18 2017 02:36:33    Calvary Portfolio Services,
             Attention: Bankruptcy Department,    500 Summit Lake Dr.,    Valhalla, NY 10595-1340
12649412   +E-mail/Text: cms-bk@cms-collect.com Feb 18 2017 02:35:20    Capital Management Services, LP,
             726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
12649414   +E-mail/Text: cms-bk@cms-collect.com Feb 18 2017 02:35:20    Chase Bank USA, N.A.,
             C/O Capital Management Services, LP,    726 Exchange Street,    Suite 700,
             Buffalo, NY 14210-1464
12649416   +E-mail/Text: creditonebknotifications@resurgent.com Feb 18 2017 02:35:07    Credit One Bank,
             P.O. Box 98873,    Las Vegas, NV 89193-8873
```

```
District/off: 0313-2           User: Stacey                  Page 2 of 3                   Date Rcvd: Feb 17, 2017
                               Form ID: 138NEW               Total Noticed: 55


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12693309       +E-mail/Text: cio.bncmail@irs.gov Feb 18 2017 02:35:15      Department of the Treasury,
                 Internal Revenue Service,    P O Box 7346,   Philadelphia, PA 19101-7346
12649420        E-mail/Text: data_processing@fin-rec.com Feb 18 2017 02:35:20
                 Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN 55438-5908
13067035        E-mail/Text: bankruptcy.bnc@ditech.com Feb 18 2017 02:35:19      Green Tree Servicing LLC,
                 PO Box 0049,   Palatine, IL 60055-0049
12649430       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 18 2017 02:36:09      Midland Credit Management, Inc.,
                 Dept. 12421,    P.O. Box 603,   Oaks, PA 19456-0603
12934057        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 18 2017 02:29:01      Midland Funding LLC,
                 by American InfoSource LP as agent,    PO Box 4457,   Houston, TX 77210-4457
12683435       +E-mail/Text: bncmail@w-legal.com Feb 18 2017 02:36:26      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13024785       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2017 02:52:57
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12705025        E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:00      Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12688253        E-mail/PDF: rmscedi@recoverycorp.com Feb 18 2017 02:29:34      Portfolio Investments LLC,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
12723995        E-mail/Text: bnc-quantum@quantum3group.com Feb 18 2017 02:35:26
                 Quantum3 Group LLC as agent for,    RaZor Capital II LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
12649437       +E-mail/Text: bkrpt@retrievalmasters.com Feb 18 2017 02:36:09      Quest Diagnostics,
                 c/o American Medical Collection Agency,    4 West Chester Plaza,,   Bldg. 4,
                 Elmsford, NY 10523-1612
12858929        E-mail/Text: bkdepartment@rtresolutions.com Feb 18 2017 02:36:25
                 Real Time Resolutions, Inc.,    1349 Empire Central, Suite #150,    PO Box 36655,
                 Dallas, Texas 75247-4029
                                                                                               TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Green Tree Servicing LLC,    PO Box 0049,    Palatine, IL 60055-0049
cr*            +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr*            +North Pocono School District,    c/o Portnoff Law Associates, Ltd,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            +PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
12649424*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     P.O. Box 268,   Memphis, TN 38101-0268)
12670529*      +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12649438*      +Quest Diagnostics, Inc.,    C/O American Medical Collection Agency,    4 West Chester Plaza,
                 Bldg. 4,   Elmsford, NY 10523-1612
12649409      ##+Bank of America,   P.O. Box 17054,    Wilmington, DE 19850-7054
12649421      ##+Hilco Receivables/Equable Ascent Financi,    Attn: Bankruptcy,    1120 Lake Cook Road Suite B,
                 Buffalo Grove, IL 60089-1970
12649423      ##+Hsbc Nv,   Attention: Bankruptcy,    PO Box 5213,   Carol Stream, IL 60197-5213
12649441       ##The CBE Group, Inc.,    Payment Processing Center,    P.O. Box 2695,   Waterloo, IA 50704-2695
                                                                                        TOTALS: 0, * 7, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.    Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.    The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Stacey              Page 3 of 3            Date Rcvd: Feb 17, 2017
                              Form ID: 138NEW           Total Noticed: 55
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 17, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A., et al agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              KEVIN H. BURAKS    on behalf of Creditor    North Pocono School District kburaks@portnoffonline.com
              ROBERT H. HOLBER    on behalf of Debtor Debra Anne Leech rholber@holber.com
              ROBERT H. HOLBER    on behalf of Plaintiff Debra Anne Leech rholber@holber.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Debra Anne Leech
    Debtor(s)

Bankruptcy No: 12–10390–mdc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 2/17/17

68 – 67
Form 138_new