United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Debra Anne Leech
    Debtor

Case No. 12-10390-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JeanetteG     Page 1 of 1     Date Rcvd: Feb 21, 2017
                        Form ID: 212       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2017.
db          +Debra Anne Leech,   32 Branford Way,   Coatesville, PA 19320-4046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2017 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A., et al agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com, ecfmail@mwc-law.com
         KEVIN H. BURAKS    on behalf of Creditor    North Pocono School District kburaks@portnoffonline.com
         ROBERT H. HOLBER    on behalf of Debtor Debra Anne Leech rholber@holber.com
         ROBERT H. HOLBER    on behalf of Plaintiff Debra Anne Leech rholber@holber.com
         THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                      TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                    Chapter: 13

    Debra Anne Leech

Debtor(s)                                         Case No: 12–10390–mdc

___

*ORDER*

       AND NOW, 2/21/17 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

       Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

       And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

       Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

       ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form 23) or a request for a waiver from such requirement.

       ☑ A certification regarding domestic support obligations and Section 522(q), (Bankruptcy Form 283);

       If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                         For The Court

                                                                         Magdeline D. Coleman

                                                                         Judge ,United States Bankruptcy Court