United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-10390-mdc
Debra Anne Leech                                                        Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JeanetteG        Page 1 of 1        Date Rcvd: Mar 24, 2017
                            Form ID: 195           Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2017.
```
db             +Debra Anne Leech,    32 Branford Way,    Coatesville, PA 19320-4046
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
cr             +North Pocono School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bankruptcy.bnc@ditech.com Mar 25 2017 02:11:18     Ditech Financial LLC,
                 PO BOX 0049,   Palantine, IL 60055-0001
cr              E-mail/Text: bankruptcy.bnc@ditech.com Mar 25 2017 02:11:18     Green Tree Servicing LLC,
                 PO Box 0049,   Palatine, IL  60055-0049
cr              E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 25 2017 02:20:40
                 Midland Funding LLC by American InfoSource LP as a,    PO Box 4457,   Houston, TX  77210-4457
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2017 02:30:47
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 25 2017 02:07:25     Portfolio Investments I LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr              E-mail/Text: bkdepartment@rtresolutions.com Mar 25 2017 02:12:20
                 Real Time Resolutions, Inc.,    1349 Empire Central, 13th Floor,    PO Box 36655,
                 Dallas, TX  75247
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A., et al agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              KEVIN H. BURAKS    on behalf of Creditor    North Pocono School District kburaks@portnoffonline.com
              ROBERT H. HOLBER    on behalf of Debtor Debra Anne Leech rholber@holber.com
              ROBERT H. HOLBER    on behalf of Plaintiff Debra Anne Leech rholber@holber.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 8
```

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Debra Anne Leech  : Case No. 12–10390–mdc
      Debtor(s)

### ORDER
_____

    AND NOW, this day , March 24, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

76
Form 195