IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Debra Anne Leech,<br><br>Debtor. | Bankruptcy No. 12-10390-mdc<br><br>Chapter 13<br><br>Doc. No. 10-1 |
|---|---|

### ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Notice of Mortgage Payment Change, filed by DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change, (including all attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to :

A.     Notice of Mortgage Payment Change, filed on January 07, 2016, under claim number 10-1 on the Claims Register.

DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 19, 2018.

Dated: February 5, 2018

BY THE COURT:

_____
HONORABLE Judge Magdeline D. Coleman
UNITED STATES BANKRUPTCY JUDGE