United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Debra Anne Leech  
    Debtor

Case No. 12-10390-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: JEGilmore    Page 1 of 2    Date Rcvd: Feb 05, 2018  
    Form ID: pdf900    Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2018.
```
db         +Debra Anne Leech,   32 Branford Way,   Coatesville, PA 19320-4046
cr         +DITECH FINANCIAL LLC,   P. O. Box 9013,   Addison, TX 75001-9013
cr         +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
cr         +North Pocono School District,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
             Norristown, PA 19404-3020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Feb 06 2018 02:24:42      City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2018 02:24:14      Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2018 02:24:36      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/Text: bankruptcy.bnc@ditech.com Feb 06 2018 02:23:51      Ditech Financial LLC,
             PO BOX 0049,   Palantine, IL 60055-0001
cr          E-mail/Text: bankruptcy.bnc@ditech.com Feb 06 2018 02:23:51      Green Tree Servicing LLC,
             PO Box 0049,   Palatine, IL 60055-0049
cr         +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 02:24:18      Midland Credit Management, Inc.,
             2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2018 05:27:59
             Midland Funding LLC by American InfoSource LP as a,   PO Box 4457,   Houston, TX 77210-4457
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:26:45
             PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
cr          E-mail/PDF: rmscedi@recoverycorp.com Feb 06 2018 02:26:23      Portfolio Investments I LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
cr          E-mail/Text: bkdepartment@rtresolutions.com Feb 06 2018 02:24:25
             Real Time Resolutions, Inc.,   1349 Empire Central, 13th Floor,   PO Box 36655,
             Dallas, TX 75247
                                                                                              TOTAL: 10
```

    ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2018 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A., et al agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANN E. SWARTZ     on behalf of Creditor    BANK OF AMERICA, N.A. ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          KEVIN H. BURAKS    on behalf of Creditor    North Pocono School District kburaks@portnoffonline.com
          KEVIN M. BUTTERY    on behalf of Creditor    Ditech Financial LLC bkyefile@rasflaw.com
          ROBERT H. HOLBER    on behalf of Debtor Debra Anne Leech rholber@holber.com
          ROBERT H. HOLBER    on behalf of Plaintiff Debra Anne Leech rholber@holber.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
```

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2              Date Rcvd: Feb 05, 2018
                               Form ID: pdf900              Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                                                                                                TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Debra Anne Leech,<br><br>      Debtor. | Bankruptcy No. 12-10390-mdc<br><br>Chapter 13<br><br>Doc. No. 10-1 |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Notice of Mortgage Payment Change, filed by DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC;

**AND**, the Court concluding that the subject Notice of Mortgage Payment Change, (including all attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to :

A.     Notice of Mortgage Payment Change, filed on January 07, 2016, under claim number 10-1 on the Claims Register.

17-062887 - RaM

PAGE 5

DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 19, 2018.

Dated: February 5, 2018

BY THE COURT:

_____
HONORABLE Judge Magdeline D. Coleman
UNITED STATES BANKRUPTCY JUDGE

17-062887 - RaM

PAGE 6